**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Claudia BORECKY; and Mariateresa THIERY,

      *Plaintiffs*,

      v.

COUNTY OF NASSAU; Bruce BLAKEMAN in his official capacity as County Executive of the County of Nassau; and Patrick J. RYDER in his official capacity as Commissioner of the Nassau County Police Department,

      *Defendants*.

Case No. 2:26-cv-02049-ST

---

## MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law and declarations, exhibits in support, and complaint in this action, Plaintiffs, through counsel, will move this Court, at a return date to be determined as soon as is practicable for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction enjoining defendants from enforcing Local Law No. 6-2025, the Religious Safety Act ("Nassau Buffer Law"), during the pendency of this action.

This motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction; the Declaration of Elizabeth Gyori; the Declaration of Claudia Borecky; the Declaration of Mariateresa Thiery; the Declaration of Susan Gottehrer; and the Declaration of Melissa Avilez Lopez.

Dated: April 13, 2026
     New York, New York

By: NEW YORK CIVIL LIBERTIES UNION
    FOUNDATION

*/s/* Elizabeth Gyori
Elizabeth Gyori
Jessica Perry
Molly K. Biklen
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
Fax: (212) 607-3318
egyori@nyclu.org

*Counsel for Plaintiffs*

2