**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Claudia BORECKY; and Mariateresa THIERY,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>COUNTY OF NASSAU; Bruce BLAKEMAN in his official capacity as County Executive of the County of Nassau; and Patrick J. RYDER in his official capacity as Commissioner of the Nassau County Police Department,<br><br>       *Defendants*. | Case No. 2:26-cv-02049 |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for a Preliminary Injunction, which seeks to enjoin enforcement of Local Law No. 6-2025, the Religious Safety Act ("Nassau Buffer Law").

Upon consideration of the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction; the Declaration of Elizabeth Gyori; the Declaration of Claudia Borecky; the Declaration of Mariateresa Thiery; the Declaration of Susan Gottehrer; and the Declaration of Melissa Avilez Lopez; accompanying exhibits; any opposition and reply; and the entire record herein,

The Court finding that Plaintiffs are likely to succeed on the merits of their claim for relief, that they will suffer irreparable injury if the requested relief is not issued, and that the balance of the equities and public interest favor the entry of such an order,

And the Court further finding that enjoining the law as to all speakers is required to provide complete relief to the Plaintiffs,

it is hereby ORDERED that

1.  Sufficient reason having been shown therefore under Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs' motion for a preliminary injunction is GRANTED; and

2.  Defendants and their agents are enjoined from enforcing the Nassau Buffer Law during the pendency of this proceeding.

It is further ORDERED that Plaintiffs shall not be required to post bond or other security.

IT IS SO ORDERED.

Dated: _____                    _____
       Central Islip, New York                          United States District Court Judge